IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY WARD,

    Plaintiff,               No. 2:11-cv-1096 JAM KJN P

   vs.

SGT. B. TISDALE, et al.,

    Defendants.        <u>ORDER</u>

_____/

      Plaintiff has filed a motion for extension of time to file an opposition to the October 4, 2012 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's October 25, 2012 motion for an extension of time (Docket No. 27), is granted;

      2. Plaintiff is granted 15 days from the date of this order in which to file and serve an opposition to the October 4, 2012 motion to dismiss.

DATED: October 29, 2012

                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

ward1096.36